IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-30226 |
| | ) | |
| DARLENE CLARK, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Humphrey |
| | ) | |
| _____ | ) | |

**NOTICE OF MOTION PURSUANT TO 11 U.S.C. § 329**

NOTICE IS HEREBY GIVEN that the Office of the United States Trustee ("UST") has filed a Motion based on the provisions of 11 U.S.C. § 329 on the grounds that the Agreement between Attorney Diana Khouri and the Debtor exceeds the reasonable value of the services provided.

Local Bankruptcy Rule 9013-1(b) requires that any objection or response to this Motion must be stated in writing, filed with the Clerk of the Court at the United States Bankruptcy Court, 120 West Third Street, Dayton, OH 45402, and served on MaryAnne Wilsbacher at the Office of the United States Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215, and on the Chapter 7 Trustee, no later than 21 days from the date of service of this Motion.

Failure to file and serve any opposition to the Motion may result in the Court failing to consider the same, and may be cause for the Court to grant the Motion without further notice or hearing.

If you would like a copy of the underlying Motion please request such in writing to MaryAnne Wilsbacher at 170 North High Street, Suite 200, Columbus, OH 43215, or by telephone at: (614) 469-7411 ext. 212.

Dated: March 18, 2011        DANIEL M. MCDERMOTT
                             UNITED STATES TRUSTEE FOR REGION 9

                             /s/ MaryAnne Wilsbacher
                             MaryAnne Wilsbacher (0055764)
                             Assistant U.S. Trustee
                             170 North High Street, Suite 200
                             Columbus, OH 43215
                             Telephone: (614) 469-7411 ext. 212
                             Facsimile: (614) 469-7448
                             Email: MaryAnne.Wilsbacher@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2011, a copy of the foregoing NOTICE OF MOTION PURSUANT TO 11 U.S.C. § 329 was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

Asst US Trustee (Day), USTPRegion09.CB.ECF@usdoj.gov

Diana Khouri, Dianakhouriohio@gmail.com

David L. Mikel, ch7trustee@dungan-lefevre.com, oh60@ecfcbis.com

And on the following by ordinary U.S. Mail addressed to:

Darlene Clark
414 Short Street
Greenville, OH 45331

Diana Khouri, Esq.
6300 Rockside Road, Suite 204
Cleveland, OH 44131

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, Fl 33131

                                     /s/ MaryAnne Wilsbacher
                                    MaryAnne Wilsbacher, Esq.