**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: June 13, 2011**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

In re:   DARLENE CLARK,

  *Debtor*

Case No.   11-30226

Judge Humphrey
Chapter 7

---

**Order Concerning Joint Status Report file June 10, 2011 (Doc. 26)**

---

On June 10, 2011 Diana Khouri (Ms. Khouri), counsel for the Debtor, and counsel for the United States Trustee filed a *Joint Status Report* (Doc. 26) advising the court of various issues with regard to Ms. Khouri's refunding all attorney fees received back to the Debtor in accordance with the *Order Granting Motion of United States Trustee to Disgorge Fees* (Doc. 21 - entered April 21, 2011).

Upon review of the Joint Status Report, the court accepts counsel's statement that they are working to resolve the issues. Accordingly, the court will take no further action at this time.

However, in the event that counsel file a statement that the issues have not been resolved and further involvement by the court is necessary, the court will schedule a hearing or issue further such orders as appropriate.

**IT IS SO ORDERED.**

Copies to:

Default List

Jeremy Shane Flannery, Office of the United States Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215 (Counsel for the United States Trustee)

MaryAnne Wilsbacher, Office of the United States Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215 (Assistant United States Trustee)

###